IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JANIA COVAS, et al.,<br><br>    Plaintiffs<br><br>        v.<br><br>TEXACO PUERTO RICO, INC., et al.,<br><br>    Defendants | CIVIL NO. 06-1867 (JP) |

**FINAL JUDGMENT**

The Court has before it the parties' stipulation for dismissal with prejudice (No. 33). Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against all defendants. This judgment is entered without the imposition of costs or attorneys' fees

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of May, 2007.

                                       s/Jaime Pieras, Jr.
                                       JAIME PIERAS, JR.
                                 U.S. SENIOR DISTRICT JUDGE